No. 82–185.   BOSTON FIREFIGHTERS UNION, LOCAL 718 *v.* BOSTON CHAPTER, NAACP, ET AL.;

No. 82–246.   BOSTON POLICE PATROLMEN'S ASSN., INC. *v.* CASTRO ET AL.; and

No. 82–259.   BEECHER ET AL. *v.* BOSTON CHAPTER, NAACP, ET AL.   C. A. 1st Cir.   [Certiorari granted, *ante,*

p. 967.] Motions of Washington Legal Foundation, American Federation of Labor and Congress of Industrial Organizations et al., and Pacific Legal Foundation for leave to file briefs as *amici curiae* granted. JUSTICE MARSHALL took no part in the consideration or decision of these motions.